JACOB HENRY HAHN, appellant,

v.

LOUIS M. FINGER, respondent.

On appeal from a decree advised by Vice-Chancellor Bird, whose opinion is reported in *Finger* v. *Hahn, 15 Stew. Eq. 606*.

*Mr. George H. Lambert*, for appellant.

*Mr. Frank E. Bradner*, for respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the Vice-Chancellor.

---

MUTUAL LIFE INSURANCE COMPANY, appellants,

v.

HARRIET DOWNING et al., respondents.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Mutual Life Ins. Co.* v. *Hopper, 16 Stew. Eq. 387*.

*Mr. E. D. Gillmore*, for appellants.

*Mr. Elwood C. Harris*, for respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the Vice-Chancellor.